IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JERRY EXON, JR.,

        Petitioner,

    v.

WARDEN, North Central
Correctional Institution,

        Respondent.

:

:

:

Case No. 3:16-cv-344

JUDGE WALTER H. RICE

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE
JUDGE'S INITIAL REPORT AND RECOMMENDATIONS (DOC. #2),
SUPPLEMENTAL REPORT AND RECOMMENDATIONS (DOC. #6),
AND SECOND SUPPLEMENTAL REPORT AND RECOMMENDATIONS
(DOC. #9); OVERRULING PETITIONER'S OBJECTIONS THERETO
(DOCS. ##4, 7, 10); DISMISSING WITH PREJUDICE PETITION UNDER
28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS (DOC. #1);
JUDGMENT TO ENTER IN FAVOR OF RESPONDENT AND AGAINST
PETITIONER; DENYING CERTIFICATE OF APPEALABILITY AND LEAVE
TO APPEAL *IN FORMA PAUPERIS*; TERMINATION ENTRY

---

Based on the reasoning and citations of authority set forth by United States

Magistrate Judge Michael R. Merz in his initial Report and Recommendations (Doc.

#2), Supplemental Report and Recommendations (Doc. #6), and Second

Supplemental Report and Recommendations (Doc. #9), as well as on a thorough *de*

*novo* review of this Court's docket and the applicable law, the Court ADOPTS said

judicial filings in their entirety.

Petitioner's Objections (Docs. ##4, 7, and 10) are OVERRULED as meritless

for the reasons explained by Magistrate Judge Merz.

The Court DISMISSES WITH PREJUDICE the Petition Under 28 U.S.C.
§ 2254 for Writ of Habeas Corpus (Doc. #1).


Judgment shall be entered in favor of Respondent and against Petitioner.

Given that Petitioner has not made a substantial showing of the denial of a
constitutional right and, further, that the Court's decision herein would not be
debatable among reasonable jurists, and because any appeal from this Court's
decision would be *objectively* frivolous, Petitioner is denied a certificate of
appealability, and is denied leave to appeal *in forma pauperis*.

The captioned case is hereby ordered terminated upon the docket records of
the United States District Court for the Southern District of Ohio, Western Division,
at Dayton.


Date: March 27, 2017 _____

WALTER H. RICE
UNITED STATES DISTRICT JUDGE